UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division


NORMAN KEVIN WILKERSON, #1007354,

           Petitioner,

v.                               ACTION NO. 2:15cv396

HAROLD W. CLARKE,
Dir. of VDOC,

           Respondent.


<u>FINAL ORDER</u>

    Petitioner, a Virginia inmate, filed an amended *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on December 30, 2016. ECF No. 49. Petitioner alleges violations of federal rights pertaining to his convictions on March 11, 2013, in the Circuit Court for Chesterfield County, for distribution of cocaine, and possession of cocaine, oxycodone, and marijuana.

    The matter was referred to a United States Magistrate Judge for report and recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia. The report and recommendation, filed June 19, 2017, recommends that the respondent's motion to dismiss be granted, and that Wilkerson's petition for a writ of habeas corpus be denied and dismissed with prejudice. ECF No. 70.

Each party was advised of the right to file objections to the findings and recommendations made by the Magistrate Judge. On July 6, 2017, the Court received Petitioner's objections to the report and recommendation. ECF No. 72.

The Court, having reviewed the record and examined the objections filed by Petitioner to the report and recommendation, and having made *de novo* findings with respect to the portions objected to, does hereby adopt and approve the findings and recommendations set forth in the report and recommendation. The Court, therefore, ORDERS that the respondent's motion to dismiss (ECF No. 55) is GRANTED, and that Wilkerson's petition for a writ of habeas corpus (ECF No. 49) is DENIED and DISMISSED WITH PREJUDICE. The Court further ORDERS that judgment be entered in favor of respondent.

Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right," and therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. See <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 335-36 (2003).

Petitioner is hereby notified that he may appeal from the judgment entered pursuant to this Final Order by filing a <u>written</u> notice of appeal with the Clerk of this Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty days from the date of entry of such judgment.

The Clerk shall mail a copy of this Final Order to petitioner and counsel of record for respondent.

/s/
Rebecca Beach Smith
Chief Judge

Rebecca Beach Smith
CHIEF UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
July 28, 2017